# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Kamal Webb,<br>　　　　Plaintiff,<br><br>vs.<br><br>Gallagher Bassett Services, Inc. and<br>ACE American Insurance Company,<br><br>　　　　Defendants. | Civil Action No.: 6:14-cv-00498-BHH<br><br>**STIPULATION OF DISMISSAL**<br>***WITH PREJUDICE*** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, all parties, by and through the undersigned attorneys, hereby stipulate to the dismissal of all claims and counterclaims in this action *with prejudice.*

This 23rd day of April, 2015.


POPE & HUDGENS, PA                          COVINGTON, PATRICK, HAGINS,
                                            STERN & LEWIS

By:   /s/ Thomas H. Pope, III               By:   /s/ Douglas F. Patrick
      THOMAS H. POPE, III                         DOUGLAS F. PATRICK
      Federal I.D. No. 3095                       Federal I.D. No. 300
      thpope@popeandhudgens.com                   dpatrick@covpatlaw.com
      1508 College Street (29108)                 Post Office Box 2343
      Post Office Box 190                         Greenville, South Carolina 29602
      Newberry, South Carolina 29108              (864) 242-9000 (voice)
      (803) 276-2532 (voice)                      (864) 233-9777 (facsimile)
      (803) 276-8684 (facsimile)

      ATTORNEYS FOR PLAINTIFF

COLLINS & LACY, P.C.


By:     /s/ Peter H. Dworjanyn
        PETER H. DWORJANYN
        Federal I.D. No. 6289
        pdworjanyn@collinsandlacy.com
        1330 Lady Street, Sixth Floor (29201)
        Post Office Box 12487
        Columbia, South Carolina 29211
        (803) 256-2660 (voice)
        (803) 771-4484 (facsimile)

        ATTORNEYS FOR ACE AMERICAN
        INSURANCE COMPANY and
        GALLAGHER BASSETT SERVICES,
        INC.


Columbia, South Carolina
April 23, 2015